# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN,<br><br>         Plaintiff,<br><br>    v.<br><br>TENNILLE WARREN, *et al.*,<br><br>         Defendants. | Case No. CV 10-5223 AG (JCG)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the entire record and the Magistrate Judge's Report and Recommendation.  Plaintiff filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

(1)    The Report and Recommendation is approved and adopted.

(2)    Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and the Judgment on the parties.

Dated: March 31, 2011

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE