# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>TENNILLE WARREN, *et al.*,<br><br>Defendants. | Case No. CV 10-5223 AG (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is DISMISSED WITHOUT PREJUDICE.

Dated: 3/31/11

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE